Argued and submitted May 27, reversed and remanded June 29, petition for review denied August 23, 1994 (319 Or 626)

STATE OF OREGON,
*Appellant,*

*v.*

JESSE PIERCE GORDON,
*Respondent.*

(CR92-0780; CA A79609)

877 P2d 126

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Ingrid A. MacFarlane, Deputy Public Defender, argued the cause for respondent. With her on the brief was Sally L. Avera, Public Defender.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded. *State v. Daniels*, 124 Or App 420, 862 P2d 524 (1993), *rev allowed* 318 Or 582 (1994).